Carla PHILLIPS, Plaintiff/Appellant,

v.

BJC HEALTH SYSTEM and Barnes–Jewish Hospital, Defendants,

and

Washington University, Defendant/Respondent,

and

Randall C. Paniello, M.D., Defendant/Respondent.

No. ED 81659.

Missouri Court of Appeals, Eastern District, Division Two.

July 15, 2003.

Stephen R. Woodley, Gray, Ritter & Graham, P.C., St. Louis, MO, for appellant.

Stephen G. Reuter, Robyn G. Fox, Catherine V. Jochens, Moser and Marsalek, P.C., St. Louis, MO, for respondents.

Before GARY M. GAERTNER, SR., J., KATHIANNE KNAUP CRANE, J. and PAUL J. SIMON, SR. J.

*ORDER*

PER CURIAM.

Plaintiff, Carla Phillips, appeals from an adverse judgment in a negligence action. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).